UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| KENYO PRUITT, | Case No. 6:17-cv-01916-SB |
| Petitioner, | **ORDER** |
| v. | |
| BYRON TRAPP, | |
| Respondent. | |

---

**BECKERMAN, Magistrate Judge.**

This Court GRANTS Petitioner's Motion for Voluntary Dismissal (ECF No. 19). This proceeding is DISMISSED, without prejudice. Because Petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is DENIED. *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this 16th day of May, 2018.

STACIE F. BECKERMAN
United States Magistrate Judge

1 - ORDER